# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MALISA J. HILDEBRANDT  
1308 QUEEN ANNE ST.  
WOODSTOCK, IL  60098  

SSN-xxx-xx-3769

Case Number: 06-70197

Case filed on: 2/16/2006  
Plan Confirmed on: 4/7/2006  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $14,178.35        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 2,400.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,400.00 | 0.00 |
| 999 | MALISA J. HILDEBRANDT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 13,951.41 | 13,951.41 | 8,581.13 | 2,014.75 |
| 008 | ATTORNEY JAMES M PHILBRICK | 400.00 | 400.00 | 400.00 | 0.00 |
|  | Total Secured | 14,351.41 | 14,351.41 | 8,981.13 | 2,014.75 |
| 001 | GENERAL MOTORS ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE | 934.29 | 934.29 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 647.24 | 647.24 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,148.63 | 1,148.63 | 0.00 | 0.00 |
| 005 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SALLIE MAE EDUCATION FINANCE CORPORATION | 5,498.35 | 5,498.35 | 0.00 | 0.00 |
| 007 | MARK HILDEBRANDT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,228.51 | 8,228.51 | 0.00 | 0.00 |
|  | Grand Total: | 25,579.92 | 25,579.92 | 11,381.13 | 2,014.75 |

Total Paid Claimant:     $13,395.88  
Trustee Allowance:       $782.47  
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan